UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

TIMOTHY DOYLE YOUNG,

    Plaintiff,

  v.

JEFF SESSIONS, U.S. Attorney General; DEPT. OF JUSTICE; JUDICIAL CONFERENCE COMMITTEE; UNITED STATES,

    Defendants.

Case No. 3:18-cv-01047-MC

ORDER

MCSHANE, District Judge:

    Plaintiff, an inmate at a federal penitentiary in Colorado filed this action pursuant to 42 U.S.C. § 1983. However, plaintiff failed to pay the $400.00 filing fee. Further, plaintiff cannot seek IFP status, because plaintiff has filed more than three actions in this District that were dismissed for failure to state a claim and/or as frivolous. *See* 28 U.S.C. § 1915(g); *Young v. Miedich*, Case No. 3:13-cv-00116-AC (ECF No. 4, notifying plaintiff he must prepay the filing fee). Further, plaintiff's Complaint does not allege that he is "under imminent danger of serious physical injury" to allow him to file suit without prepayment of the fee. 28 U.S.C. § 1915(g).

1   - ORDER

Accordingly, plaintiff is allowed 30 days from the date of this Order to pay the $400.00 filing and administrative fee. Plaintiff is advised that the failure to do so will result in dismissal of this case.

IT IS SO ORDERED.

DATED this 21st day of June, 2018.

/s Michael J. McShane
Michael J. McShane
United States District Judge